# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DORETHA R. SLOAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 07-2240-KHV |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

Doretha R. Sloan appeals the final decision of the Commissioner of Social Security to deny disability insurance benefits and supplemental security income. On May 30, 2008, Magistrate Judge John Thomas Reid recommended that the Commissioner's decision be reversed and that this case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings. See Report And Recommendation (Doc. #22). The deadline for written objections to the report and recommendation was June 13, 2008. See Rules 72(a) and 6(a), Fed. R. Civ. P. The parties have not objected. The Court hereby adopts the Report And Recommendation (Doc. #22) in its entirety.

**IT IS THEREFORE ORDERED** that the Commissioner's decision be and hereby is **REVERSED**. This case is **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report And Recommendation (Doc. #22) filed May 30, 2008.

Dated this 26th day of June, 2008, at Kansas City, Kansas.

                                     s/ Kathryn H. Vratil
                                     KATHRYN H. VRATIL
                                     United States District Judge