IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DORETHA SLOAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-2240-KHV-JTR |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of **$6,500.00**. The parties have also agreed that the check for attorney fees should be made payable to Plaintiff and be mailed to Plaintiff's attorney's address.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$6,500.00**.

IT IS FURTHER ORDERED THAT the check for attorney fees should be made payable to Plaintiff and be mailed to Plaintiff's attorney's address.

IT IS SO ORDERED.

Dated this 11th day of September, 2008.

            s/ Kathryn H. Vratil
            KATHRYN H. VRATIL
            United States District Judge

APPROVED BY:

s/ Sharon J. Meyers
SHARON J. MEYERS (Bar No. 70589)
4050 Pennsylvania Avenue, Suite 210
Kansas City, MO 64111
816-753-3929
Attorney for Plaintiff

ERIC F. MELGREN
United States Attorney

s/ Andrea L. Taylor
ANDREA L. TAYLOR
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Kan. Fed. Bar No. 70422
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: andrea.taylor@usdoj.gov

Attorney for the United States